UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE NEGRETE,<br><br>    Petitioner,<br><br>    v.<br><br>RANDY COULLARD,<br><br>    Respondent.<br>_____/ | 1:11-cv-01851 GSA HC<br><br>SECOND ORDER REQUIRING PETITIONER TO INFORM THE COURT WHETHER HE WILL CONSENT TO JURISDICTION OF THE MAGISTRATE JUDGE |

    Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2254. On November 8, 2011, the Clerk of the Court mailed a consent/decline form to petitioner, with information and instructions for informing the Court whether he would consent to Magistrate Judge jurisdiction. Petitioner has not returned the consent/decline form.

    Accordingly, petitioner is ORDERED to tell the Court whether he will consent to Magistrate Judge Jurisdiction. Petitioner must complete and return the consent/decline form within thirty (30) days. Failure to follow this order will result in a recommendation that this action be dismissed pursuant to Local Rule 110.

    The Clerk of the Court is DIRECTED to send to petitioner another copy of the consent/decline form and the instructions for consent to Magistrate Judge jurisdiction.

    IT IS SO ORDERED.

    Dated:   December 20, 2011              /s/ Gary S. Austin
                                                              UNITED STATES MAGISTRATE JUDGE